KATE TARLOW et al., Respondents, *v.* J. E. ARCHBELL et al., Defendants; O. H. CHALKLEY et al., Appellants, and PHILIP MORRIS & Co., LTD., INCORPORATED, Respondent.

Argued October 15, 1946; decided November 27, 1946.

*Harold F. McGuire* for appellants.

*Morris Gottlieb, Mortimer Hays* and *Paul Bauman* for respondents.

Order affirmed, with costs. First and fourth questions certified, answered in the negative. Second and third questions certified, answered in the affirmative. No opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER, DYE and FULD, JJ.